■ In the Matter of CARL BUFORD, Appellant, v ROBERT J. HENDERSON, as Superintendent of the Auburn Correctional Facility, et al., Respondents. —Judgment unanimously affirmed (see *Matter of Ebbs v Henderson*, 54 AD2d 611, mot for lv to app den 40 NY2d 807). (Appeal from judgment of Cayuga Supreme Court—art 78.) Present—Marsh, P. J., Cardamone, Simons, Goldman and Witmer, JJ.